# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **JUANITA CAMPBELL, on behalf of herself and all others similarly situated,** | ) )  Case No. 2:18-CV-00493 ) |
| Plaintiff, | ) )  Judge Sarah D. Morrison ) |
| vs. | )  Magistrate Judge Kimberly A. Jolson ) |
| **WISE MEDICAL STAFFING, INC.,** | )  **JOINT MOTION FOR FINAL** )  **APPROVAL OF CLASS ACTION** |
| Defendant. | )  **SETTLEMENT AGREEMENT** ) |

Plaintiff Juanita Campbell ("Plaintiff"), on behalf of herself and the Class Members, and Defendant Wise Medical Staffing, Inc. ("Defendant") respectfully and jointly move the Court to enter a final order approving, as fair, reasonable, and adequate the Settlement of this class action pursuant to Fed. R. Civ. P. 23(e). A proposed Final Order and Judgment is attached as **Exhibit 1**.

On October 23, 2019, the Parties filed their Joint Motion for Preliminary Approval of Class & Collective Action Settlement (Dkt., ECF # 54). The Court entered an Order Preliminarily Approving Settlement on November 26, 2019. Based on that Order, the notice process has been completed, and distributions to the Class Members have been calculated. (*See* Declaration of Settlement Administrator (hereinfafter "SA Dec."), attached as **Exhibit 2**.) The final proposed distribution of settlement proceeds to Plaintiff and the Class Members are set forth in the Table of Individual Payments, attached as **Exhibit 3**. The Fairness Hearing is scheduled for February 19, 2020. A declaration from Plaintiff, in which she confirms her approval of the settlement, is attached as **Exhibit 4**.

The Settlement resolves bona fide disputes involving alleged overtime violations under the Fair Labor Standard Act of 1937 and the Ohio Minimum Fair Wage Standards Act ("OMFWSA"), O.R.C. § 4111.03.  Current and former employees covered by the Settlement consist of Plaintiff and 955 Class Members certified by the Court and defined as:

> All present and former home healthcare employees of Wise Medical Staffing, Inc. ("Wise") during the period of time from May 17, 2015 to November 26, 2019, who were not paid overtime pay for all time worked in excess of forty (40) hours in a workweek.

Points and authorities supporting approval of the settlement were submitted by the Parties in their Joint Motion for Preliminary Approval of Settlement.  (ECF, Dkt. #54).  The Parties respectfully supplement that submission with the following information concerning the completion of notice to the Class Members, the results of the notice process, and the amended proposed distributions to Plaintiff and the Class Members set forth in the Table of Individual Payments.

**I.    NOTICE TO SETTLEMENT CLASS MEMBERS WAS COMPLETED**

The Court's Preliminary Approval Order certified the following class pursuant to Fed. R. Civ. P. 23, consisting of:

> All present and former home healthcare employees of Wise Medical Staffing, Inc. ("Wise") during the period of time from May 17, 2015 to November 26, 2019, who were not paid overtime pay for all time worked in excess of forty (40) hours in a workweek.

The Court also approved the form of the Notice and directed that it be sent to the Class Members by United States mail.  (ECF, Dkt. #56).

The third-party settlement administrator, Analytics Consulting, LLC ("Analytics"), was provided with a class list, which contained the names and last-known mailing addresses for 957 individuals.  (SA Dec., ¶ 6).  On December 17, 2019, Analytics mailed the Court-approved Notice to the Class Members by first-class mail.  (*Id.* at ¶ 9.)  One hundred thirty-seven (137) notices were

returned as undeliverable.  (*Id.* at ¶ 10).  The third-party administrator took further steps to determine those Class Members' current whereabouts, such as running skip traces, and then re-mailed Notices to fifty-seven (57) Class Members it was able to locate.  (*Id.* ¶ 10).

## II. THE RESULTS OF THE NOTICE PROCESS FAVOR APPROVAL

The Court-approved Notice gave Eligible Class Members forty-five (45) days in which to request exclusion from the Settlement or to object to the Settlement.  A total of six Class Members opted out of the Settlement, and no Class Member objected to the Settlement. (*Id.* at ¶ 12-13).

## III. CONCLUSION

For the reasons addressed herein and in the Joint Motion for Preliminary Approval of Class & Collective Action Settlement, the Parties respectfully request that the Court approve this Settlement and enter the proposed Final Order and Judgment attached as **Exhibit 1**.

Respectfully submitted,

| **NILGES DRAHER LLC** | **THOMPSON HINE LLP** |
|---|---|
| */s/ Jeffrey J. Moyle* | */s/ Nancy M. Barnes* |
| Jeffrey J. Moyle (0084854) | Nancy M. Barnes (0074744) |
| 614 W. Superior Avenue, Suite 1148 | 3900 Key Center |
| Cleveland, Ohio 44113 | 127 Public Square |
| Telephone: (216) 230-2955 | Cleveland, Ohio 44114 |
| Fax: (330) 754-1430 | Telephone: (216) 566.5578 |
| jmoyle@ohlaborlaw.com | Facsimile: (216) 566-5800 |
| | Nancy.Barnes@ThompsonHine.com |
| Shannon M. Draher (0074304) | |
| Hans A. Nilges (0076017) | Megan S. Glowacki (0086572) |
| 7266 Portage Street, NW, Suite D | Lindsay M. Nichols (0090498) |
| Massillon, Ohio 44646 | 312 Walnut Street, Suite 1400 |
| Telephone: (330) 470-4428 | Cincinnati, Ohio 45202 |
| Fax: (330) 754-1430 | Telephone: (513) 352-6700 |
| hans@ohlaborlaw.com | Facsimile: (513) 241-4771 Email: |
| sdraher@ohlaborlaw.com | Megan.Glowacki@ThompsonHine.com |
| | Lindsay.Nichols@ThompsonHine.com |
| *Counsel for Plaintiff* | |
| | *Counsel for Defendant* |

3